**AFFIRMED and Opinion Filed December 13, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00261-CV

## IN THE INTEREST OF A.B. AND E.B., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53861-2020**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and O'Neill[1]
Opinion by Justice Goldstein

Father appeals the trial court's order appointing the Mother of A.B. and E.B., minor children, sole managing conservator of the children and appointing Father possessory conservator.[2] This Court, by letter dated January 13, 2022, notified Father that his pro se brief did not comply with the rules of appellate procedure and ordered him to file an amended brief that complied with rule of appellate procedure 38.1. The notice advised Father that his brief was deficient as follows:

---

[1] The Hon. Michael J. O'Neill, Justice, Assigned

[2] On June 17, 2020, this Court struck Father's prematurely filed brief, tendered before the filing of the clerk's and reporter's record, advising Father the brief must contain citations to the record.

1.  The brief did not contain an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited.

2.  The brief did not contain a concise statement of the case, the course of proceedings, and the trial court's disposition of the case supported by record references.

3.  The brief did not contain a concise statement of the facts supported by record references.

4.  The argument did not contain appropriate citations to the record.

TEX. R. APP. P. 38.1(c),(d),(g) and (i). The letter cautioned Father that failure to file an amended brief could result in the submission of this appeal on the deficient brief.[3] On November 29, 2022, this case was submitted on Father's deficient brief.

We construe liberally pro se pleadings and briefs; however, we hold pro se litigants to the same standards as licensed attorneys and require them to comply with applicable laws and rules of procedure. *In re N.E.B.*, 251 S.W.3d 211, 211–12 (Tex. App.—Dallas 2008, no pet.) (citing *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex.1978)). To do otherwise would give a pro se litigant an unfair advantage over a litigant who is represented by counsel. *Id.* at 212. The law is well established that, to present an issue to this Court, a party's brief shall contain, among other things, a concise, nonargumentative statement of the facts of the case, supported by record references, and a clear and concise argument for the contention

---

[3] On February 23, 2022, after Father failed to file an amended, compliant brief, this Court ordered the appeal submitted on the January 4, 2022, brief. Thereafter, Father tendered an amended brief on April 5, 2022. On that date, Father was advised that the Court would not accept the late-filed amended brief without a motion for extension of time filed within 10 days that met the requirements of TEX. R. APP. P. 10.1(a). Father filed the motion for extension of time to file corrected brief on September 22, 2022, which was denied.

made with appropriate citations to authorities and the record. TEX. R. APP. P. 38.1; *In re N.E.B.*, 251 S.W.3d at 212. Bare assertions of error, without argument or authority, waive error. *In re N.E.B.*, 251 S.W.3d at 212; *see also Fredonia State Bank v. Gen. Am. Life Ins. Co.*, 881 S.W.2d 279, 284 (Tex. 1994) (appellate court has discretion to waive point of error due to inadequate briefing). When a party fails to adequately brief a complaint, he waives the issue on appeal. *In re N.E.B.*, 251 S.W.3d at 212.

Father has failed to provide us with a concise statement of facts, argument, analysis, or authorities that make his appellate complaints viable. *Id.* By failing to adequately brief his complaints, Father has waived our review of his complaints. *See id.* Accordingly, we need not further address Father's complaints.

We affirm the trial court's judgment.


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210261F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.B. AND
E.B., CHILDREN

No. 05-21-00261-CV

On Appeal from the 296th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 296-53861-
2020.
Opinion delivered by Justice
Goldstein. Justices Pedersen, III and
O'Neill participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered December 13, 2022.